ACCEPTED
01-15-00296-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/4/2015 4:47:28 PM
CHRISTOPHER PRINE
CLERK

## NO. 2014-34289

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE MARRIAGE OF | §<br>§<br>§ | IN THE DISTRICT COURT |
| JESUS GARCIA<br>AND<br>DONNA A. GARCIA | §<br>§<br>§<br>§ | 257TH JUDICIAL DISTRICT<br><br>HARRIS COUNTY, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/4/2015 4:47:28 PM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF APPEAL

This Notice of Appeal is filed by Jesus Garcia, Petitioner, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.  The trial court, cause number, and style of this case are as shown in the caption above.

2.  The judgment or order appealed from was signed on February 6, 2015.

3.  Jesus Garcia desires to appeal from all portions of the judgment.

4.  This appeal is being taken to either the First or Fourteenth Court of Appeals.

5.  This notice is being filed by Jesus Garcia.

Respectfully submitted,

ANTONIO BENAVIDES
855 Uvalde Road, Suite C
Houston, TX 77015
Tel: (713) 455-5551
Fax: (713) 455-5558

By:_____
Antonio Benavides
State Bar No. 24031733
attorneybenavides@gmail.com
Attorney for Petitioner

1

# Certificate of Service

I certify that a true copy of Petitioner's Notice of Appeal was properly served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel by the following method:

☑      By personal service (hand delivered) to:

     Donna Garcia

☐      By depositing with the U.S. Postal Service mailed to:

☑      By facsimile transmission to:

Lead Attorney Allison Jones at 713. 861-1010

on the 6 day of March , 2015.

Antonio Benavides
Attorney for Jesus Garcia

2